HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org

Attorney for Defendant
JAMES LANDBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:21-PO-00034-KJN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| JAMES LANDBERG, | ) | New Date:  May 19, 2021 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Kendall J. Newman |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ALSTYN BENNETT, Assistant Federal Defender LINDA C. ALLISON, attorney for JAMES LANDBERG, that the Court continue the status conference currently set for March 10, 2021 to May 19, 2021 at 9:00 a.m.

Mr. Landberg has requested an in-person bench trial, given his limited video capabilities and his desire to present evidence in-person.  The parties seek to continue the status conference to allow additional time for the Court and the parties to better understand when the courthouse may reopen and in-person bench trials become available.

/ / /

/ / /

/ / /

/ / /

-2-

| | | |
|---|---|---|
| 1 | DATED: March 3, 2021 | Respectfully submitted, |
| 2 | | HEATHER WILLIAMS |
| 3 | | Federal Defender |
| 4 | | /s/ Linda Allison |
| | | LINDA ALLISON |
| 5 | | Assistant to the Federal Defender |
| | | Attorney for Defendant |
| 6 | | JAMES LANDBERG |
| 7 | | |
| 8 | Dated: March 3, 2021 | PHILLIP A. TALBERT |
| 9 | | Acting United States Attorney |
| 10 | | /s/ Linda C. Allison for |
| | | ALSTYN BENNETT |
| 11 | | Assistant United States Attorney |

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that status conference hearing on March 10, 2021, shall be continued to May 19, 2021, at 9:00 a.m.

Dated: March 8, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE